# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>RICHARD BAEK, an individual, BAEK 153, LLC an Oregon Limited Liability Company, and PACIFIC COMMERCIAL GROUP, LLC an Oregon Limited Liability Company,<br><br>Plaintiff.<br><br>v.<br><br>JOHN O. HALVORSON, an individual, DAN L. HALVORSON, an individual, and JERRY ANN RANDALL, individually and as trustee of the JERRY ANN RANDALL TRUST dated July 30, 2007, PCC FIND 1, LLC, a California Limited Liability Company, GRANITE BAY PARTNERS II, LLC, a Delaware Limited Liability Company, JH RE HOLDINGS. LLC, a Delaware Limited Liability Company, COMMERCIAL INCOME ADVISORS, INC., a California Corporation, JOHN DOES 1 THROUGH 5, a Delaware Limited Liability Company,<br><br>Defendants. | **Case No. 2:15-CV-01425-WBS-DB**<br><br>**ORDER DENYING REQUEST TO APPEAR TELEPHONICALLY AT (1) MOTION FOR ORDER TO CONFIRM THE VALIDITY OF THIS COURT'S PRIOR ORDERS AND TO ENFORCE SUCH ORDERS [Docket No. 18]; and (2) MOTION FOR STAY RELIEF TO VOLUNTARILY DISMISS NON-ANSWERING DEFENDANTS PURSUANT TO FED.R.CIV.PROC. 41(a) [Docket No. 17]**<br><br>**USBC Case No. 8:15-bk-13556-MW**<br>**Chapter 7 Proceeding**<br>**John Olaf Halvorson, Debtor**<br><br>Hearing Date: June 11, 2018<br>Time:    1:30 p.m.<br>Courtroom:    5, 14th Floor |

Upon consideration of the Request to Appear Telephonically at (1) Motion for Order to Confirm the Validity of this Court's Prior Orders and to Enforce Such

Orders; and (2) Motion for Stay Relief to Voluntarily Dismiss Non-Answering Defendants Pursuant to Fed.R.Civ.Proc. 41(a) ("Request"), filed on May 25, 2018 as Docket No. 26, the court has determined that the interests of justice would best be served if it were to hear the arguments of counsel in person.

**IT IS THEREFORE ORDERED** that the request of counsel to appear by telephone at the hearing be, and the same hereby is, **DENIED.**

Dated:  June 1, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE